IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHA DIANE ELMORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:13cv44-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the petitioner's "Motion to Hold in Abeyance and Motion for Extension of Time to File a Response to the Government's Opposition of Petitioner's 28 U.S.C. § 2255" (Doc. No. 17), it is ORDERED as follows:

1. The "Motion to Hold in Abeyance" is DENIED.

2. The "Motion for Extension of Time" is GRANTED.

3. The petitioner is GRANTED an extension from May 21, 2013, to and including July 5, 2013, to file a reply to the response filed by the Government in compliance with this court's orders.

4. In the interest of judicial economy, the Clerk of Court is DIRECTED to send the petitioner a copy of the Government's response (Doc. No. 13) with all exhibits attached thereto.

Done this 13th day of June, 2013.

　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE